## Commonwealth *v.* Harris, Appellant.

Submitted March 20, 1961. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*John D. Harris,* appellant, in propria persona.

*Patrick F. Casey* and *Arlen Specter,* Assistant District Attorneys, *Paul M. Chalfin,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, April 4, 1961:
The judgment of sentence of the court below is affirmed on the opinion of Judge SPORKIN, as reported in 23 Pa. D. & C. 2d 590.